# IN THE SUPREME COURT OF THE STATE OF NEVADA

IN THE MATTER OF DISCIPLINE OF LAURENCE MARC BERLIN, BAR NO. 3227.

No. 84919

FILED

SEP 1 2 2022

ELIZABETH A. BROWN
CLERK OF SUPREME COURT

BY
CHIEF DEPUTY CLERK

## ORDER IMPOSING RECIPROCAL DISCIPLINE AND SUSPENDING ATTORNEY

This is a petition for reciprocal discipline of attorney Laurence Marc Berlin pursuant to SCR 114. Berlin has been suspended from the practice of law in Arizona for six months and one day. He did not self-report the suspension to the Nevada State Bar.

Berlin's misconduct arises from his practicing law while on suspension from a previous disciplinary action in Arizona. He submitted documents and briefs on behalf of clients and his name appeared in the signature block in an administrative action. These actions violated Arizona Supreme Court Rules 33(c) (prohibiting the unauthorized practice of law) and 54(c) (making it a violation to knowingly disobey a court rule or order), as well as Arizona Rules of the Supreme Court, Ethical Rules (ER) 3.4(c) (fairness to opposing counsel), ER 5.5 (unauthorized practice of law), and ER 8.4(d) (misconduct prejudicial to the administration of justice). As a result, Berlin was suspended for six months and one day.

Under SCR 114(4), this court must impose identical reciprocal discipline unless the attorney demonstrates or this court determines that (1) the other jurisdiction failed to provide adequate notice, (2) the other jurisdiction imposed discipline despite a lack of proof of misconduct, (3) the established misconduct warrants substantially different discipline in this

22·28373

jurisdiction, or (4) the established misconduct does not constitute misconduct under Nevada's professional conduct rules. We conclude that none of the four exceptions weighs against the imposition of identical reciprocal discipline in this case. Thus, we grant the petition for reciprocal discipline.

Accordingly, we hereby suspend Laurence Marc Berlin from the practice of law in Nevada for six months and one day from the date of this order. The parties shall comply with SCR 115 and SCR 121.1.

It is so ORDERED.

_____, C.J.
Parraguirre

_____, J.          _____, J.
Hardesty                              Stiglich

_____, J.          _____, J.
Cadish                                Silver

_____, J.          _____, J.
Pickering                             Herndon

cc:    Chair, Southern Nevada Disciplinary Board
       Bar Counsel, State Bar of Nevada
       Executive Director, State Bar of Nevada
       Admissions Office, U.S. Supreme Court
       Laurence Marc Berlin